# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 06/09/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ██████████ | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | National Conference of Bar Examiners -- Const'l Law Drafting Committee |
| 2. member | Intellectual Property Law & Technology Advisory Council of the University of Akron School of Law |
| 3. member | Cleveland Chapter Bd. Of Advisors -- Federalist Society |
| 4. member | Board of Trustees -- Grove City College -- see note 5 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 10 A 10: 03 FINANCIAL DISCLOSURE OFFICE

**Batchelder, Alice M**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Apr. 24-27 | National Conference of Bar Examiners | $3,000 |
| 2. Oct 2-4 | National Conference of Bar Examiners | $3,000 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. jan - dec | OPERS -- pension |
| 2. jan - dec | Ohio House of Representatives -- salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. William and Mary School of Law | Feb. 14 - 17 | Williamsburg, VA | judge moot court | lodging and some food |
| 2. University of Alabama School of Law | April 1 -3 | Tuscaloosa, Ala. | judge moot court | transportation, lodging and food |
| 3. National Conference of Bar Examiners | April 24-27 | New Orleans, LA | Con Law drafting comm. | transportation, lodging and food |
| 4. Alliance Defense Fund | August 5-7 | Scottsdale, Arizona | seminar presentation | transportation, lodging and food |
| 5. National Conference of Bar Examiners | October 2-4 | Providence, RI | Con Law drafting comm. | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old Phoenix Nat'l Bank | unsecured note | L |
| 2. Old Phoenix Nat'l Bank | Mtge/Note on Property # 12 | K |
| 3. Old Phoenix Nat'l Bank | Mtge/Note on Property # 17 | L |
| 4. Old Phoenix Nat'l Bank | Mtge/Note on Property # 19 | K |
| 5. Old Phoenix Nat'l Bank | Mtge/Note on Property # 1 | L |
| 6. Old Phoenix Nat'l Bank | Mtge/Note on Property # 5 | K |
| 7. Old Phoenix Nat'l Bank | Mtge/Note on Property # 21 | J |
| 8. First Nat'l Bank of Wyoming | Mtge/Note on Property # 23 | L |
| 9. Farmers Savings Bank | Mtge/Note on Property # 9 | L |
| 10 Old Phoenix Nat'l Bank | Mtge/Note on Property # 6 | J |
| 11 Matthew Akers | Mtg/Note on Property #20 | K |
| 12 Old Phoenix Nat'l Bank | Mtg/Note on Property #8 | L |
| 13 Old Phoenix Nat'l Bank | Mtge/Note on Property #14 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2. Brokerage Account # 1 -- IRA account -- see note 2 | A | Dividend | K | T | none | | | | |
| 2. - IRA asset: Centennial Money Market | | | | | | | | | |
| 3. - IRA asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 4. - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 5. - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 6. - IRA asset: iSHARES TRUST MSCI EAFE Index Fund | | | | | | | | | |
| 7. - IRA asset: iSHARES IBOXX Investment Grade Corp Bond Fund | | | | | | | | | |
| 8. - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 9. - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 10. 3. Brokerage Account # 2 -- IRA Account -- see note 2 | A | Dividend | K | T | none | | | | |
| 11. - IRA asset: Centennial Money Market | | | | | | | | | |
| 12. - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 13. - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 14. - IRA asset: iSHARES TRUST MSCI IAFE Index Fund | | | | | | | | | |
| 15. - IRA asset: iSHARES BOXX Investment Grade Corp. Bond Fund | | | | | | | | | |
| 16. - IRA asset: iSHARES TR 13 yr Treas Index Fund | | | | | | | | | |
| 17. - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 19. 4. Brokerage Account # 3 -- SEP IRA Account -- see note 2 | A | Dividend | K | T | none | | | | |
| 20. - IRA asset: Centennial Money Market | | | | | | | | | |
| 21. - IRA asset: RPM, Inc. stock | | | | | | | | | |
| 22. - IRA asset: J.M. Smucker Co. class A stock | | | | | | | | | |
| 23. - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 24. - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 25. - IRA asset: iSHARES TRUST MSCI EAFE Index Fund | | | | | | | | | |
| 26. - IRA asset: iSHARES BOXX Investment Grade Corp. Bond Fund | | | | | | | | | |
| 27. - IRA asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 28. - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 29. - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 30. 5. Brokerage Account # 4 -- see note 2 | A | Dividend | J | T | none | | | | |
| 31. - Account asset: Centennial Money Mkt | | | | | | | | | |
| 32. - Account asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 33. - Account asset: iSHARES S&P Midcap 400 Growth Index Fd | | | | | | | | | |
| 34. - Account asset: iSHARES TRUST MSCI EAFE Index Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Account ass iSHARES BOXX Investment Grade Corp. Bond Fun | | | | | | | | | |
| 36.  - Account asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 37.  - Account asset: iSHARES S&P 500 Value I ndex Fund | | | | | | | | | |
| 38.  - Account asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 39.  REAL ESTATE -- see note 4 | | | | | | | | | |
| 40.  Prop. # 1 -- duplex -- Medina Ohio | D | Rent | M | Q | | | | | |
| 41.  Prop. # 2 -- family -- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | | |
| 42.  Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 43.  Prop. # 4 -- duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 44.  Prop. # 5 -- duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |
| 45.  Prop. # 6 -- fam. & fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |
| 46.  Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | Q | | | | | |
| 47.  Prop. # 8 -- duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 48.  Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 49.  Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 50.  Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 51.  Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prop. # 13 -- Commercial bldg -- Medina OH (1/3 interest) | E | Rent | M | Q | | | | | |
| 53. Prop. # 14 -- duplex -- Medina, OH (see n. 1 Sec. VIII) | D | Rent | M | Q | | | | | |
| 54. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 55. Prop. # 16 -- ▮. Vacant land -- Medina OH | | None | M | Q | | | | | |
| 56. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 57. Prop. # 18 -- single family -- Medina OH ( 1/2 interest) | C | Rent | K | W | | | | | |
| 58. Prop. # 19 -- commercial bldg -- Medina OH | D | Rent | M | Q | | | | | |
| 59. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 60. Prop. # 21 -- duplex -- Medina OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 61. Prop. # 23 -- ▮ vacant land -- Big Horn County, WY | A | Rent | M | W | | | | | |
| 62. MISCELLANEOUS | | | | | | | | | |
| 63. Floating Rate Demand Note -- GE Interest Plus | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Re: assets in Sec. VII whose value method is reported as "Q": I have again used the Medina County Auditor's most recent appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. The appraisals were done for the 2007 real estate tax valuations, are outrageously high, and are the valuations used to calculate our real estate taxes.

Note 2: Each of the funds now included in our brokerage accounts is an iShares fund.

My broker (at Wachovia) last year sent me a letter advising that:

"Barclay's Global Investors is the manager for the following positions held in your account:
ISHS S & P MIDCAP 400 VALUE
ISHS S & P MIDCAP 400 INDEX
ISHS MSCI EAFE INDEX
ISHARES INVESTMENT BD FUND
ISHS TR 13 YR TREAS IND
ISHS S& P 500 VAL INDX FD
ISHS S & P 500 GRWTH FD"

These are still all of the positions held in these brokerage accounts.

Note 3: Sec. VI. My 2007 report listed a morgtage and note payable to C.T. Bennett, Plymouth, NC. That mortgage and note were paid off in January of 2007.

Note 4: Line 35 of Sec. VII -- I have no idea why the program still will not let me type in both the dash (which is apparently necessary to convince the program that these are all assets of the brokerage account) and the fact that this is an account asset. Hence, "account ass". Who knew?

Note 5: All properties except the one on line 61 of Section VII are in Medina County, Ohio. The property on Line 61 is in Big Horn County, Wyoming.

Note 5: The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/09/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544